# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 27, 2020

*[Handwritten endorsement: 2/28/2020 Case Adj to April 15, 2020 at 2:45 — time Excluded in the interest of justice. /s/ McMahon]*

**By ECF and Email**
Chief Judge Colleen McMahon
United States District Court
500 Pearl Street, Room 1640
New York, NY 10007-1312

Re: **United States v. Henry Ventura**
    **20 CR 10 (CM)**

*[Stamp: MEMO ENDORSED]*

Dear Chief Judge McMahon,

I write, with the consent of the Government, to request an adjournment of the pretrial conference currently scheduled in the above referenced matter for March 11, 2020. There have been no previous requests for adjournment.

I am counsel in the matter of *United States v. Peter Bright*, 19 Cr. 521 (PKC), that is scheduled for re-trial on March 10, 2020, following a mistrial declared on February 19, 2020. As such, I will be unavailable to appear at the scheduled pretrial conference for Mr. Ventura. I respectfully request an adjournment to a date in mid-April that is convenient with the Court.[1]

Mr. Ventura consents to the exclusion of time pursuant to the Speedy Trial Act.

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 2/28/2020]*

Respectfully submitted,

/s/ *Amy Gallicchio*

Amy Gallicchio
Attorney for Henry Ventura

Cc: AUSA Daniel Nessum

---

[1] For scheduling purposes, I advise the Court that I will be on vacation from March 27, 2020 through and including April 7 2020.